UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM Y. TREVILLION,

    Plaintiff(s),

v.

HARRY E. DILLON, et al.,

    Defendant(s).

_____/

No. C 11-4474 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Nandor J. Vadas for consideration of whether the case is related to C 11-4099 NJV, notwithstanding the court's prior order instructing the parties to file the consent or declination in this case.  In the event the cases are determined to be related, any consent or declination can still be filed before the presiding magistrate judge.

**IT IS SO ORDERED**.

Dated: October 24, 2011

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge