UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION, | No. 11-CV-4077 PJH |
| Plaintiff, | ORDER RE REFERENCE (Doc. 19.) |
| v. | |
| HARRY E. DILLION, et al., | |
| Defendants. | |

On October 24, 2011, District Judge Hamilton referred this case to the undersigned for consideration of whether this case is related to 11-4099 NJV. (Civil L.R. 3-12). The time for filing an opposition or statement of support has passed. However, on November 14, 2011, Defendants filed a declination to proceed before a United States Magistrate Judge. (Doc. 31.) Accordingly, the undersigned is precluded from hearing the present case and the issue of relation has become moot.

IT IS SO ORDERED.

Dated: November 15, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KIM Y. TREVILLION,

    Plaintiff,

v.

HARRY E. DILLON, et al.,

    Defendants.

No. 11-CV-4099 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 15, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Kim Y. Trevillion
2031 F Street
Apt. 1
Eureka, CA 95501-3773

Dated: November 15, 2011

*Linn Van Meter*

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas