UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KIM Y. TREVILLION,

        Plaintiff,

    v.

HARRY E. DILLION, et al.,

        Defendants.

_____/

No. 11-CV-4077 PJH

ORDER RE REFERENCE
(Doc. 19.)

On October 24, 2011, District Judge Hamilton referred this case to the undersigned for consideration of whether this case is related to 11-4099 NJV. (Civil L.R. 3-12). The time for filing an opposition or statement of support has passed. However, on November 14, 2011, Defendants filed a declination to proceed before a United States Magistrate Judge. (Doc. 31.) Accordingly, the undersigned is precluded from hearing the present case and the issue of relation has become moot.

IT IS SO ORDERED.

Dated: November 15, 2011

                                          _____
                                          NANDOR J. VADAS
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KIM Y. TREVILLION,<br><br>  Plaintiff,<br><br>v.<br><br>HARRY E. DILLON, et al.,<br><br>  Defendants. | No. 11-CV-4099 NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on November 15, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Kim Y. Trevillion
2031 F Street
Apt. 1
Eureka, CA 95501-3773

*Linn Van Meter*

Dated: November 15, 2011

Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas