UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM Y. TREVILLION,

    Plaintiff,

    v.

HARRY E. DILLON, et al.,

    Defendants.

_____/

No. C 11-4474 PJH

**ORDER**

    The court is in receipt of plaintiff's request that "cases 04099 and 4505 be reassigned from Judge Vadas and reassigned to a neutral and unbiased judge." The court notes, however, that Judge Vadas does not preside over the instant action (indeed, defendants also recently filed a declination in this case). Thus, plaintiff has not presented the court with any actionable request for relief in the above-referenced action.

    To the extent plaintiff requests relief in unrelated cases C 11-4099 or C 11-4505, plaintiff must file her request in those actions if she wishes her request to be taken under submission.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge