UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM Y. TREVILLION,

    Plaintiff,

    v.

HARRY E. DILLON, et al.,

    Defendants.

_____/

No. C 11-4474 PJH

**ORDER DENYING PLAINTIFF'S REQUESTED RELIEF**

    The court is in receipt of a document filed by plaintiff on November 22, 2011 entitled "plaintiff's requested relief." In it, plaintiff requests "first" relief in the form of $221,050.99 and "second" relief in the form of $222,511.00. Plaintiff generally appears to contend that she has suffered problems with respect to her housing arrangement, and states she has suffered "racism in housing," among other complaints.

    Plaintiff's request for relief is DENIED. Plaintiff appears to seek relief in the form of two separate requests for damages. However, plaintiff fails to articulate any underlying legal statute or rule that would allow the court to entertain, let alone grant, plaintiff's request. Indeed, it appears to the court that plaintiff is seeking relief in the form of a monetary judgment upon the merits of her underlying claims. Such a request is inappropriate at this juncture, however, since the pleadings are not yet settled (as indicated by defendants' pending motion to dismiss, set for hearing on February 1, 2011), and plaintiff has not yet been granted the opportunity to litigate the merits of her claims.

    In the event that plaintiff is able to withstand defendants' pending motion to dismiss, and is allowed to litigate the merits of her underlying claims, she will at that point – and not before – have the opportunity to demonstrate her entitlement to any damages award.

Plaintiff is furthermore instructed to cease filing free-standing documents or other requests for relief that are directed to the merits of her claims, until the court is able to rule on defendants' pending motion to dismiss. The court hereby notifies plaintiff that it will not take any action on any such filings.

**IT IS SO ORDERED**.

Dated: November 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge