◎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Kim Y. Trevillion

        Plaintiff (s),

E v. D
Harry Ø. Dillon and Elaine K̶. Dillon

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:11-cv-04474 JPH

Notice is hereby given that, subject to approval by the court, Harry E. Dillon and Elaine D. Dillon substitutes
(Party (s) Name)

Paul A. Brisso , State Bar No. 81593 as counsel of record in
(Name of New Attorney)

place of Allison G. Jackson .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Mitchell, Brisso, Delaney & Vrieze
    Address: 814 7th Street
    Telephone: (707) 443-5643     Facsimile (707) 444-9586
    E-Mail (Optional):

I consent to the above substitution.
Date: Nov. 18 - 2011
                                      (Signature of Party (s))

I consent to being substituted.
Date: 11/21/11
                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11-21-11
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/29/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following document(s):

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY (4:11-cv-04474 PJH)**

__X__  By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____  By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

_____  By personally faxing a true copy thereof to the party(ies) and at the facsimile number(s) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2011, at Eureka, California.

*(signed)* Kathy Parker

Kim Y. Trevillion
2031 F St., Apt. I
Eureka, CA 95501-3773

*In pro se plaintiff*