UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM Y. TREVILLION,

       Plaintiff,                                No. C 11-4474 PJH

       v.                                      **JUDGMENT**

HARRY E. DILLON, et al.,

       Defendants.

_____/

    The court having received plaintiff's notice of closure of the instant case,

    it is Ordered and Adjudged

    that the complaint is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: January 6, 2012

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge